AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| HARRY F. BALAZS<br>*Plaintiff(s)*<br>v.<br>MICHAEL J. ASTRUE<br>Commissioner of Social Security<br>*Defendant(s)* | Civil Action No. 11-4119-JWL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ %, per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  The Commissioner's decision is REVERSED, and judgment is entered pursuant to the fourth sentence of 42 U.S.C. § 405(g) REMANDING the case for proceedings consistent with the Memorandum and Order filed on July 19, 2012.

This action was *(check one)*:

☐ tried by a jury with _____ residing, and the jury has rendered a verdict.

☐ tried by _____ without a jury and the above decision was reached.

☐ decided by _____ on a motion for _____

Date: 07/19/2012

TIMOTHY M. O'BRIEN
*CLERK OF COURT*

s/ Sharon Scheurer
*Signature of Clerk or Deputy Clerk*